# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARCIA CRANE AND BRITTNEY LINDSEY Individually and for Others Similarly Situated,<br><br>v.<br><br>MCLAREN HEATHCARE CORPORATION and MCLAREN FLINT. | Case No.  2:23-cv-11569-BRM-EAS<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Elizabeth A. Stafford |

## RULE 41(a)(1)(ii) STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs. Pursuant to Federal Rule of Civil Procedure 41, this dismissal is effective upon filing.

Dated: April 25, 2025                                             Respectfully submitted,

| | |
|---|---|
| */s/ Olivia R. Beale*<br>Michael A. Josephson<br>Andrew W. Dunlap<br>Alyssa J. White<br>Olivia R. Beale<br>**JOSEPHSON DUNLAP LLP**<br>11 Greenway Plaza, Suite 3050<br>Houston, Texas 77046<br>713-352-1100 – Telephone<br>713-352-3300 – Facsimile<br>mjosephson@mybackwages.com<br>adunlap@mybackwages.com<br>awhite@mybackwages.com<br>obeale@mybackwages.com | */s/Matthew M. O'Rourke*<br>Matthew M. O'Rourke (P79019)<br>Leigh M. Schultz (P71038)<br>Brett Swearingen (P85790)<br>Erica L. Jilek (P84498)<br>**MILLER JOHNSON**<br>45 Ottawa Avenue SW, Suite 1100<br>Grand Rapids, Michigan 49503<br>(616) 831-1700<br>orourkem@millerjohnson.com<br>schultzm@millerjohnson.com<br>swearingenb@millerjohnson.com<br>jileke@millerjohnson.com |

| | |
|---|---|
| Richard J. (Rex) Burch<br>**BRUCKNER BURCH PLLC**<br>11 Greenway Plaza, Suite 3025<br>Houston, Texas 77046<br>713-877-8788 – Telephone<br>rburch@brucknerburch.com<br><br>Jennifer L. McManus (P-65976)<br>**FAGAN McMANUS, PC**<br>Local Counsel for Plaintiff<br>25892 Woodward Avenue<br>Royal Oak, MI 58067<br>(248) 542-6300<br>jmcmanus@faganlawpc.com<br><br>**ATTORNEYS IN CHARGE FOR PLAINTIFFS** | Kendall B. Williams (P27896)<br>Chelsea S. Down (P77288)<br>T**HE WILLIAMS FIRM, P.C.**<br>8263 S. Saginaw Street, Suite 6<br>Grand Blanc, MI 48439<br>(810) 695-7777<br>kwilliams@thewilliamsfirm.com<br>cdown@thewilliamsfirm.com<br><br>**ATTORNEYS IN CHARGE FOR DEFENDANTS** |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served by ECF electronic filing on all known parties on this the 25th day of April 2025.

>                               */s/ Olivia R. Beale*
>                               **Olivia R. Beale**