# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

| | |
|---|---|
| MARCIA CRANE AND BRITTNEY LINDSEY Individually and for Others Similarly Situated,<br><br>v.<br><br>MCLAREN HEATHCARE CORPORATION and MCLAREN FLINT. | Case No.  2:23-cv-11569<br><br>Honorable Brandy R. McMillion<br><br>Magistrate Judge Elizabeth A. Stafford |

## STIPULATED ORDER DISMISSING CASE WITH PREJUDICE

This matter having come before this Court upon the agreement of the Parties; Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), all Parties stipulate to dismiss this matter with prejudice and without costs.

**IT IS HEREBY ORDERED** that this matter is **DISMISSED WITH PREJUDICE** and each Party to bear their own costs.

**IT IS SO ORDERED.**


Date: April 29, 2025

s/Brandy R. McMillion
UNITED STATES DISTRICT JUDGE
BRANDY R. MCMILLION

| | |
|---|---|
| Dated: April 29, 2025 | Respectfully submitted, |
| | |
| */s/ Olivia R. Beale* | */s/Matthew M. O'Rourke* |
| Michael A. Josephson | Matthew M. O'Rourke (P79019) |
| Andrew W. Dunlap | Leigh M. Schultz (P71038) |
| Alyssa J. White | Brett Swearingen (P85790) |
| Olivia R. Beale | Erica L. Jilek (P84498) |
| **JOSEPHSON DUNLAP LLP** | **MILLER JOHNSON** |
| 11 Greenway Plaza, Suite 3050 | 45 Ottawa Avenue SW, Suite 1100 |
| Houston, Texas 77046 | Grand Rapids, Michigan 49503 |
| 713-352-1100 – Telephone | (616) 831-1700 |
| 713-352-3300 – Facsimile | orourkem@millerjohnson.com |
| mjosephson@mybackwages.com | schultzm@millerjohnson.com |
| adunlap@mybackwages.com | swearingenb@millerjohnson.com |
| awhite@mybackwages.com | jileke@millerjohnson.com |
| obeale@mybackwages.com | Kendall B. Williams (P27896) |
| | Chelsea S. Down (P77288) |
| Richard J. (Rex) Burch | **THE WILLIAMS FIRM, P.C.** |
| **BRUCKNER BURCH PLLC** | 8263 S. Saginaw Street, Suite 6 |
| 11 Greenway Plaza, Suite 3025 | Grand Blanc, MI 48439 |
| Houston, Texas 77046 | (810) 695-7777 |
| 713-877-8788 – Telephone | kwilliams@thewilliamsfirm.com |
| rburch@brucknerburch.com | cdown@thewilliamsfirm.com |
| | |
| Jennifer L. McManus (P-65976) | **ATTORNEYS IN CHARGE FOR** |
| **FAGAN MCMANUS, PC** | **DEFENDANTS** |
| Local Counsel for Plaintiff | |
| 25892 Woodward Avenue | |
| Royal Oak, MI 58067 | |
| (248) 542-6300 | |
| jmcmanus@faganlawpc.com | |
| | |
| **ATTORNEYS IN CHARGE FOR** | |
| **PLAINTIFFS** | |